IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| UNITED STATES OF AMERICA, | CR 17–17–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| BRYAN TATE DOLLAR, | |
| Defendant. | |

The United States having filed an Unopposed Motion to Dismiss Forfeiture Items (Doc. 22),

IT IS ORDERED that the Unopposed Motion to Dismiss Forfeiture Items (Doc. 22) is GRANTED.

IT IS FURTHER ORDERED that three items listed in the Plea Agreement (Doc. 13) as items of forfeiture—namely the Apple iPhone 6s Plus, Serial No. 353295074748533; Apple iPad Pro, Serial No. DQTR24XMGMW3; and $229.00 in United States Currency—will no longer be forfeited and are dismissed as items of forfeiture.

DATED this 2nd day of November, 2017.

_____
Dana L. Christensen, Chief Judge
United States District Court