IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 17–17–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| BRYAN TATE DOLLAR, | |
| Defendant. | |

The United States having filed an Unopposed Motion to Dismiss a Forfeiture Item (Doc. 28),

IT IS ORDERED that the Unopposed Motion to Dismiss a Forfeiture Item (Doc. 28) is GRANTED.

IT IS FURTHER ORDERED that the Gray 2015 Dodge Truck, VIN C6UR5NL4FG634513, listed in the Indictment (Doc. 2 at 5) as a forfeiture item will no longer be forfeited and is dismissed as a forfeiture item.

DATED this 8th day of November, 2017.

Dana L. Christensen, Chief District Judge
United States District Court